IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

NORTHERN DIVISION

RECEIVED
2008 FEB 21 A 9: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 2:07cr-289-MEF |
| MACK MURRELL | * | |
| Defendant | * | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Mack Murrell, and through counsel, gives notice that he intends to change his plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 18th day of February, 2008.

*[signature]*

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Christopher A. Snyder A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 18th day of February, 2008.

*[signature]*

Pate DeBardeleben