IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CASE NO: 2:07 CR-289-MEF |
| MACK MURELL | * | |

### DEFENDANT'S RESPONSE TO COURT'S ORDER

COMES NOW the above named Defendant, and through counsel does response to the Court as follows;

1. Defendant Mack Murrell has no objection to Defendant Rosetta Dejarnette's UNOPPOSED MOTION TO CONTINUE.

Respectfully submitted this the 19th day of March, 2008.

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Chris Snyder by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 19th day of March, 2008.

Pate DeBardeleben