IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CR. NO.  2:07-cr-289-MEF** |
| ) | |
| **MACK MURRELL**   ) | |
| ) | |

**United States's Unopposed Motion to Continue Sentencing**

The United States respectfully requests the Court to continue Defendant Mack Murrell's sentencing in this case, currently scheduled for May 16, 2008, at 9:00 a.m.  It requests this relief for the following reasons:

1..     The United States anticipates calling Murrell as a witness in the trial of his codefendant in *United States v. Rosetta Lola Canidate Dejarnette*, Case No. 2:07-cr-289-MEF (M.D. Ala. 2008).  Dejarnette's trial has been set to the two week trial term, beginning on Monday, July 28, 2008.

2.     The full extent of Murrell's substantial assistance will not be known until the trial is complete in *United States v. Rosetta Lola Canidate Dejarnette.*

3.     The United States has contacted  Pate DeBardeleben, attorney for defendant, who stated that he has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue Murrell's sentencing to a date after the completion of the jury trial

in the case of *United States v. Rosetta Lola Canidate Dejarnette.*

 Respectfully submitted this 8th day of May, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Pate DeBardeleben.

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney