IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-289-MEF |
| | ) | |
| DELLA MAY JONES | ) | |
| MACK MURRELL | ) | |

## **O R D E R**

Upon consideration of the government's Motions to Continue Sentencing (Doc. #74 & #76) filed on May 8, 2008, it is hereby

ORDERED that the motions are GRANTED. The sentencing hearings set for May 16, 2008 is continued to August 25, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 9th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE